## Dan NETHERLEY v. STATE.
### No. 16679.

Court of Criminal Appeals of Texas.
Feb. 28, 1934.

R. C. Roland, of Brownsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, six years in the penitentiary.

We find in the record an affidavit made by appellant in due form asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.